PETER D. KEISLER
   Assistant Attorney General
KEVIN V. RYAN
   United States Attorney
THEODORE C. HIRT (D.C. Bar No. 242982)
   Assistant Director
W. SCOTT SIMPSON (VA Bar No. 27487)
   Senior Trial Counsel
Department of Justice
Civil Division - Room 7210
Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044
Telephone: (202) 514-3495
Facsimile: (202) 616-8470
E-mail: scott.simpson@usdoj.gov

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN C. DONLON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and CATHY CATTERSON, Clerk of the United States Court of Appeals for the Ninth Circuit,<br><br>    Defendants. | Civil Action No. C-05-0536 JSW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO STAY PROCEEDINGS |

    WHEREAS, defendants' response to plaintiff's Complaint is currently due on May 2, 2005, the United States Attorney's office having been served on March 1, 2005;

    WHEREAS, the Complaint alleges that the official seal of the United States Court of Appeals for the Ninth Circuit includes a depiction of the Ten Commandments, and that such inclusion violates the Establishment Clause of the First Amendment;

Page 1 - Stipulation and [~~Proposed~~] Order to Stay Proceedings, Civil Action No. C-05-0536 JSW

WHEREAS, the United States Supreme Court heard oral argument, on March 2, 2005, in two cases that present issues regarding display of the Ten Commandments on government property, <u>McCreary County, Kentucky, et al. v. American Civil Liberties Union of Kentucky, et al.</u>, No. 03-1693 [hereinafter <u>McCreary</u>]; <u>Van Orden v. Perry, et al.</u>, No. 03-1500;

WHEREAS, given that the current Term of the Supreme Court ends in late June 2005, the Court will likely issue a decision or decisions in <u>McCreary</u> and <u>Van Orden</u> within the next eight weeks;

WHEREAS, undersigned counsel for the defendants has, for many months, been preparing for the international adoption of a child, and counsel will be traveling overseas for this purpose from May 13 through May 27, 2005, and has long planned to take one week of paternity leave immediately after returning from said travel, through June 3, 2005;

AND WHEREAS, the timing of said overseas travel is not within the control of counsel for defendants;

NOW THEREFORE, the plaintiff and the defendants, through their undersigned counsel, hereby stipulate and agree as follows, and respectfully request that the Court so order:

1. All proceedings in this case shall be stayed pending the United States Supreme Court's issuance of a decision or decisions resolving both <u>McCreary</u> and <u>Van Orden</u>;

2. Defendants' response to the Complaint in this action shall be due thirty days after the Supreme Court issues its decision or decisions resolving both <u>McCreary</u> and <u>Van Orden</u>, provided that such decision or decisions are issued on or after June 3, 2005;

3. If the Supreme Court issues its decision or decisions resolving both <u>McCreary</u> and <u>Van Orden</u> before June 3, 2005, then defendants' response to the Complaint shall be due on July 5, 2005;

4. All dates heretofore set by the Court in this case are vacated.

5. No later than twenty-one days after the filing of defendants' response to the complaint, the parties shall file case management statement(s), as described in the Order Setting Case Management Conference and Requiring Joint Case Management Conference

1  Statement, filed on April 4, 2005. Counsel for the parties shall confer regarding the case
2  management statement no later than ten calendar days after the filing of defendants' response
3  to the complaint.

4                        Respectfully submitted,

5                        PETER D. KEISLER
                      Assistant Attorney General

6  [signature]

7  RYAN C. DONLON (CA Bar No. 229292)     KEVIN V. RYAN
                      United States Attorney

8  88 Howard Street, #2212                   THEODORE C. HIRT (DC Bar No. 242982)
  San Francisco, California 94105           Assistant Director

9  Telephone: (415) 515-1731
  Facsimile: (415) 460-0969

10 E-mail: ryandonlon@hotmail.com        [signature]
                      W. SCOTT SIMPSON (VA Bar No. 27487)

11 Dated: April 22, 2005                       Senior Trial Counsel

12 PLAINTIFF PRO SE                       Attorneys, Department of Justice
                      Civil Division, Room 7210

13                       Post Office Box 883
                      Washington, D.C. 20044

14                       Telephone: (202) 514-3495
                      Facsimile: (202) 616-8470

15                       E-mail: scott.simpson@usdoj.gov

16                       Dated: April 25, 2005

17                       COUNSEL FOR DEFENDANTS
                      UNITED STATES OF AMERICA

18                       AND CATHY CATTERSON

19

20 **IT IS SO ORDERED.**

21
22 Dated: April 26, 2005

23                       /s/ Jeffrey S. White
                      JEFFREY S. WHITE
                      UNITED STATES DISTRICT JUDGE

24
25
26
27
28

Page 3 - Stipulation and [Proposed] Order to Stay Proceedings, Civil Action No. C-05-0536 JSW

Certificate of Service

The undersigned hereby certifies that he served a copy of the foregoing Stipulation and [Proposed] Order to Stay Proceedings on the plaintiff, by causing such copy to be deposited in the United States Mail, first-class postage prepaid, on April 25, 2005, addressed as follows:

Ryan C. Donlon
88 Howard Street, #2212
San Francisco, CA 94105

/s/ W. Scott Simpson
_____
W. SCOTT SIMPSON

Page 4 - Stipulation and [Proposed] Order to Stay Proceedings, Civil Action No. C-05-0536 JSW