1  PETER D. KEISLER
   Assistant Attorney General
2  KEVIN V. RYAN
   United States Attorney
3  THEODORE C. HIRT (D.C. Bar No. 242982)
   Assistant Director
4  W. SCOTT SIMPSON (VA Bar No. 27487)
   Senior Trial Counsel
5  Department of Justice
   Civil Division - Room 7210
6  Federal Programs Branch
   Post Office Box 883
7  Washington, D.C. 20044
   Telephone: (202) 514-3495
8  Facsimile: (202) 616-8470
   E-mail:    scott.simpson@usdoj.gov
9
   ATTORNEYS FOR DEFENDANTS
10

11            IN THE UNITED STATES DISTRICT COURT

12        FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14  _____       Civil Action No. C-05-0536 JSW
                                      )
15  RYAN C. DONLON,                   )
                                      )
16            Plaintiff,              )
                                      )
17       v.                           )
                                      )
18  UNITED STATES OF AMERICA and      )   STIPULATION AND [PROPOSED]
    CATHY CATTERSON, Clerk of the     )   ORDER REGARDING SCHEDULE
19  United States Court of Appeals for the )
    Ninth Circuit,                    )
20                                    )
              Defendants.             )
21  _____  )

22       WHEREAS, this action was stayed, by order dated April 26, 2005, pending the United

23  States Supreme Court's resolution of McCreary County, Kentucky, et al. v. American Civil

24  Liberties Union of Kentucky, et al., No. 03-1693 [hereinafter McCreary], and Van Orden v.

25  Perry, et al., No. 03-1500;

26

27

28  _____
    Page 1 - Stipulation and [Proposed] Order Regarding Schedule, Civil Action No. C-05-0536 JSW

1    WHEREAS, pursuant to the order of April 26, defendants' response to the Complaint in

2    this action must be filed no later than thirty days after the Supreme Court's resolution of

3    McCreary and Van Orden;

4    WHEREAS, the Supreme Court announced its decisions in McCreary and Van Orden

5    on June 27, 2005;

6    AND WHEREAS, the parties propose to establish a schedule for briefing and hearing

7    on defendants' contemplated dispositive motion;

8    NOW THEREFORE, the plaintiff and the defendants, through their undersigned

9    counsel, hereby stipulate and agree as follows, and respectfully request that the Court so order:

10    1. Defendants' dispositive motion in response to the Complaint shall be served on or

11    before July 22, 2005, and shall be filed on or before July 25, 2005.

12    2. Plaintiff's opposition to defendants' dispositive motion shall be served on or before

13    August 12, 2005; and shall be filed on or before August 15, 2005.

14    3. Defendants' reply, if any, to plaintiff's opposition shall be served on or before August

15    26, 2005, and shall be filed on or before August 29, 2005.

16    4. Hearing on defendants' dispositive motion shall be held on September 9, 2005, at

17    9:00 a.m., before the Honorable Jeffrey S. White, in Courtroom 2 of the United States

18    Courthouse, 450 Golden Gate Avenue, San Francisco, California.

19    5. Service of all of the above-described papers shall be made by electronic mail and by

20    first-class United States mail on the dates indicated.

21    6. Paragraph 5 of the order of April 26, 2005, shall remain in effect.

22    Respectfully submitted,

23    PETER D. KEISLER
      Assistant Attorney General

24

25    RYAN C. DONLON (CA Bar No. 229292)    KEVIN V. RYAN
                                             United States Attorney

26                                           THEODORE C. HIRT (DC Bar No. 242982)
                                             Assistant Director

27

28

Page 2 - Stipulation and [Proposed] Order Regarding Schedule, Civil Action No. C-05-0536 JSW

1   11 Fairway Lane
Pleasanton, California 94566
2   Telephone: (415) 515-1731
Facsimile: (925) 460-0969
3   E-mail: ryandonlon@hotmail.com

W. SCOTT SIMPSON (VA Bar No. 27487)
Senior Trial Counsel

4   Dated: July 5, 2005

Attorneys, Department of Justice
5   PLAINTIFF PRO SE

Civil Division, Room 7210
Post Office Box 883
6   Washington, D.C. 20044
Telephone: (202) 514-3495
7   Facsimile: (202) 616-8470
E-mail: scott.simpson@usdoj.gov

8

Dated: July 6, 2005

9

COUNSEL FOR DEFENDANTS
UNITED STATES OF AMERICA
10   AND CATHY CATTERSON

11   Defendants shall file a motion in response to Plaintiff's complaint by no later than September 23,
2005. Plaintiff shall file his opposition by no later than October 14, 2005. Defendants shall file
12   their reply by no later than October 28, 2005. The hearing on Defendants' motion is hereby set
13   for November 18, 2005 at 9:00 a.m. IT IS SO ORDERED.

14   Dated: July 8, 2005

/s/ Jeffrey S. White
15

JEFFREY S. WHITE
16   UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

1 Certificate of Service

2     The undersigned hereby certifies that he served a copy of the foregoing Stipulation and

3 [Proposed] Order Regarding Schedule on the plaintiff, by causing such copy to be deposited in

4 the United States Mail, first-class postage prepaid, on July 6, 2005, addressed as follows:

5

6                 Ryan C. Donlon
                11 Fairway Lane
                Pleasanton, CA 94566

7

8

9                     /s/ W. Scott Simpson

10                     W. SCOTT SIMPSON

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 4 - Stipulation and [Proposed] Order Regarding Schedule, Civil Action No. C-05-0536 JSW