Ryan C. Donlon
In pro se
11 Fairway Lane
Pleasanton, CA 94566
Telephone    (415) 515-1731



**FILED**

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
DIVISION OF SAN FRANCISCO

SEP X 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ryan C. Donlon,

    Plaintiff,

vs.

United States of America; Cathy Catterson, Clerk of the Court for the United States Court of Appeals for the Ninth Circuit; and Does 1 through 50, inclusive,

    Defendants.

Case No.: C-05-0536 JSW

**VOLUNTARY DISMISSAL OF COMPLAINT WITH PREJUDICE; STIPULATION RE: COSTS AND FEES**

TO THE CLERK OF THE COURT: Please dismiss the above-captioned action with prejudice. Each party agrees to bear and assume its own costs and fees.

Date: August 25, 2005

By: _____
Ryan C. Donlon, Plaintiff Pro Se

11 Fairway Lane
Pleasanton, California 94566
Telephone: (415) 515-1731
Facsimile: (925) 460-0969
E-mail: ryandonlon@hotmail.com

AGREED AS TO CONTENT AND FORM.

Date: August 24, 2005

By: _____
W. Scott Simpson, Defendants' Counsel

Department of Justice
Civil Division, Room 7210
Post Office Box 883
Washington, D.C. 20044
Telephone: (202) 514-3495
Facsimile: (202) 616-8470
E-mail: scott.simpson@usdoj.gov

IT IS SO ORDERED.

~~DISMISSAL ENTERED ON~~:

Date: ___September 8___, 2005      By: _/s/ Jeffrey S. White_
                                       By Hon. Phyllis J. Hamilton